# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Aneudy Gonzalez<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:19-MJ-229<br>)<br>)<br>)<br>) |

*[FILED stamp: NORTHERN DISTRICT OF TEXAS, DEC - 6 2019, CLERK, U.S. DISTRICT COURT, By ___ Deputy]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 5, 2019__ in the county of __Carson__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii). | Possession with Intent to Distribute 1000 kilograms or More of Marihuana |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose Barron, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-6-19

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:19-MJ-229

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jose Barron being duly sworn, depose and state:

1. I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about six (6) years with the Potter County Sheriff's Office, and as part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2. This affidavit is made in support of a complaint and arrest warrant for Aneudy Gonzalez. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3. On December 6, 2019, Texas Department of Public Safety (TXDPS) Trooper Danny Nunez was working routine patrol on I-40 in Carson County, Texas. At approximately 6: p.m., Trooper Nunez observed a Uhual transport truck bearing Arizona tag AG97610 driving on improved shoulder when prohibited. Trooper Nunez conducted a traffic stop, stopping the vehicle at approximately mile marker 94 heading east bound. Trooper Nunez made contact with the driver of the vehicle, who identified himself as Aneudy Gonzalez via a Florida driver license. During conversation, Trooper Nunez could smell the smell of raw marijuana protruding from the rear box of the vehicle. After doing a probable cause search of the vehicle approximately 3350 pounds of green leafy substance believed to be marijuana was found in the box of the Uhaul separated into boxes and black trash bags. One of the bundles of marijuana was field tested, and did give a positive indicator for tetrahydrocannabinol.

4. DEA Task Force Officer (TFO) Jose Barron, TFO Kerry Blackerby, and Texas Department of Public Safety (TXDPS) Criminal Investigator Division (CID) Agent Ben Dollar responded to Carson County TXDPS Office in Panhandle, Texas to assist. Before an interview was conducted TFO Barron read the Spanish *Miranda* warnings to Aneudy GONZALEZ prior to him being interviewed. GONZALEZ waived his rights and agreed to give a statement. During the interview GONZALEZ, stated he was being paid

$2,500.00 to transport the contraband from California to New York. This quantity of marijuana is consistent with distribution, as opposed to someone's personal use.

Jose Barron
DEA Task Force Officer

Sworn to before me, and subscribed in my presence

12-6-19   at   Amarillo, TX
Date            City and State

Lee Ann Reno
U.S. Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney